IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL BLANKENSHIP, *et al*, | |
| *Plaintiffs*, | Civil Action No. 2: 18-cv-1208 |
| v. | Hon. William S. Stickman, IV |
| DOMINION ENERGY TRANSMISSION, INC., *et al*, | |
| *Defendants*. | |

## JUDGMENT ORDER

AND NOW, this 2nd day of October, 2019, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Defendants and against Plaintiffs. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

*/s/ William S. Stickman IV*

WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE