IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEIL BLANKENSHIP, MICHAEL TURNER, RHONDA TURNER, MIRIJANA BERAM, DARRELL HUTSON, ROBYN JOHNSON, and G. CRAIG BRADORD, individually and as Trustee Ad Litem for UNITED GAS WORKERS UNION, LOCAL 69, UTILITY WORKERS UNION OF AMERICA, AFL-CIO, an unincorporated association, <br><br>  Plaintiffs <br><br> v. <br><br> DOMINION ENERGY TRANSMISSION, INC., formerly Dominion Transmission, Inc., a Corporation, DOMINION ENERGY WEST VIRGINIA, INC., formerly Hope Gas, Inc., a Corporation, DOMINION ENERGY, INC., a Corporation, and DOMINION ENERGY SERVICES, INC., a Corporation, <br><br>  Defendants | Civil Action No. 2:18-cv-01208 |

**NOTICE OF APPEAL**

Notice is hereby given that Neil Blankenship, Michael Turner, Rhonda Turner, Mirijana Beram, Darrell Hutson, Robyn Johnson, and G. Craig Bradford, individually and as Trustee Ad Litem for United Gas Workers Union, Local 69, Utility Workers Union of America, AFL-CIO, an unincorporated association, being all of the Plaintiffs, hereby appeal to the United States

1

Court of Appeals for the Third Circuit from an order dismissing the Plaintiffs' claim against the Defendants entered in this action on the second day of October, 2019.

                                                  Respectfully submitted,

                                                  */s/ Samuel J. Pasquarelli*
                                                  Samuel J. Pasquarelli, Esquire
                                                  PA I.D. No. 00906
                                                  SHERRARD, GERMAN AND KELLY
                                                  535 Smithfield Street, Suite 300
                                                  Pittsburgh, PA 15222
                                                  412-355-0200
                                                  sjp@sgkpc.com
                                                  *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, who is the attorney for the Plaintiff, certifies that he did, on October 11, 2019, serve a true and correct copy of the Notice of Appeal to which this Certificate of Service is attached upon the Defendants at the following addresses, to wit:

>Bernard J. Bobber, Esq.
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>1243 North Tenth Street, Suite 200
>Milwaukee, WI 53205
>bernard.bobber@ogletree.com
>
>Christine Bestor Townsend, Esq.
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>1243 North Tenth Street, Suite 200
>Milwaukee, WI 53205
>christine.townsend@ogletree.com
>
>Maria Greco Danaher, Esq.
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>One PPG Place, Suite 1900
>Pittsburgh, PA 15222
>maria.danaher@ogletreedeakins.com

through the Court's CM/ECF electronic filing system.

>SHERRARD, GERMAN & KELLY, P.C.
>
>By: */s/ Samuel J. Pasquarelli*
>    Samuel J. Pasquarelli, Esquire
>    Attorney for Plaintiff
>    PA ID #00906
>    535 Smithfield Street, Suite 300
>    Pittsburgh, PA  15222
>    (412) 355-0200
>    sjp@sgkpc.com
>    Attorneys for Plaintiffs