UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-3374
_____

NEIL BLANKENSHIP; MICHAEL TURNER; RHONDA TURNER; MIRIJANA BERAM; DARRELL HUTSON; ROBYN JOHNSON; G. CRAIG BRADFORD, individually and as Trustee Ad Litem; UNITED GAS WORKERS UNION, LOCAL 69, UTILITY WORKERS UNION OF AMERICA, AFL-CIO, an Unincorporated Association,
Appellants

v.

DOMINION ENERGY TRANSMISSION, INC., formerly Dominion Transmission Inc, a Corporation; DOMINION ENERGY WEST VIRGINIA, INC., formerly Hope Gas Inc, a Corporation; DOMINION ENERGY, INC., a Corporation; DOMINION ENERGY SERVICES, INC., a Corporation
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 2-18-cv-01208)
District Judge: Honorable William S. Stickman, IV
_____

Submitted Under Third Circuit L.A.R. 34.1(a):
June 19, 2020

Before: SMITH, *Chief Judge*, CHAGARES, and PORTER, *Circuit Judges*.

_____

JUDGMENT
_____

2

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on June 19, 2020. On consideration whereof, it is now ORDERED and ADJUDGED by this Court that the District Court's order entered on October 2, 2019, is hereby AFFIRMED.  All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellants.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 19, 2020